IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40486
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus


PATRICIO ROGELIO AGUILERA,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-96-CR-21-1
- - - - - - - - - -
April 15, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Patricio Rogelio Aguilera appeals his conviction for being a
felon in possession of a firearm and ammunition, in violation of
18 U.S.C. § 922(g)(1) and 924(e).  His contention that
§ 922(g)(1) is unconstitutional lacks merit.  United States v.
Rawls, 85 F.3d 240 (5th Cir. 1996).

     AFFIRMED.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.